USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUC VETS DIAMANT,

                       Plaintiff,                       06 CV 5051 (WHP)

      -against-

NISSIM DAYAN, DRAGON GEMS, INC. and      **DEFAULT**
DOE ENTITIES, 1-10,                               **JUDGMENT**

                       Defendants.
------------------------------------------------------------X

This action having been commenced on June 30, 2006 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Nissim Dayan ("Dayan") on or about July 19, 2006 by serving Jeff "Doe", a person of suitable age and discretion at Defendant's dwelling house, and subsequently mailing copies of same to Dayan at such address, and on defendant, Dragon Gems, Inc. ("Dragon Gems" and, together with Dayan, the "Defendants") on July 11, 2006 by effectuating service on the Secretary of the State of New York, authorized agent for service of process for Dragon Gems, and proofs of service having been filed on July 20, 2006, and Defendants not having answered the Complaint and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendants, jointly and severally, in the liquidated amount of $398,911.85, the sum of: a) $140,977.47 with interest thereon at 9% from July 26, 2004 amounting to $27,357.35; b) $180,035.60 with interest thereon at 9% from January 14, 2004 amounting to $43,548.88; c)

$5,594.37 with interest thereon at 9% from January 12, 2005 amounting to $851.11; and d) costs and disbursements of this action in the amount of $547.07, amounting in all to $398,911.85.

Dated: New York, New York
   December 27, 2006

_____
U.S.D.J.